**Functional Government Initiative**
**v.**
**United States Department of Education**

**March 16, 2023 Complaint Exhibit List**

| Exhibit | Description |
|---------|-------------|
| 1 | FGI FOIA Request to ED (Aug. 25, 2022) |
| 2 | ED Response re Receipt (22-03507-F) (Aug. 26, 2022) |
| 3 | ED Ltr. Grant Fee Waiver Req. (22-03507-F) (Sep. 14, 2022) |
| 4 | ED Ltr re 20 Day (22-03507-F) (Sep. 23, 2022) |
| 5 | FGI Email re Status Update Req. (22-03507-F) (Nov. 4, 2022) |
| 6 | FGI & ED Email Chain (22-03507-F) (Nov. 7, 2022 to Feb. 28, 2023) |