# Exhibit 2

**From:** EDFOIAManager@ed.gov
**Subject:** Status Update for Request #22-03507-F
**Date:** August 26, 2022 at 10:48 AM
**To:** chris@functionalgovernment.org



Dear Chris Stanley,

The status of your FOIA request #22-03507-F has been updated to the following status 'In Process'. To log into the DoEd FOIA Portal click on the Application URL below.

https://foiaxpress.pal.ed.gov/

Sincerely,
Department of Education