# Exhibit 3

**From:** **Cook, Elise** edfoiamanager@ed.gov  📎
**Subject:** FOIA Request 22-03507-F Fee Waiver Determination
**Date:** September 14, 2022 at 2:32 PM
**To:** chris@functionalgovernment.org

EC

Dear Chris Stanley,

Please find attached, the final response to your fee waiver request.

Thank you,

FOIA Service Center
Office of the Secretary
U.S. Department of Education
(202) 401-8365

  **UNITED STATES DEPARTMENT OF EDUCATION**



**UNITED STATES DEPARTMENT OF EDUCATION**

OFFICE OF THE SECRETARY

FOIA Service Center

September 14, 2022

Mr. Chris Stanley
Functional Government Initiative
6218 Georgia Avenue NW
Ste 1 - 1235
Washington, 20011-5125

FOIA Request No. 22-03507-F

Dear Chris Stanley:

This letter is in response to your request dated August 25, 2022, requesting information pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552.  Your request was received in this office on August 25, 2022.  Your request was assigned to the appropriate office(s) within the Department to search for documents that may be responsive to your request.

You have asked for a waiver of all fees, including duplication fees, associated with processing your request based on your requester category as Other requester. Based on the information you submitted for a fee waiver, that request is granted.

You have the right to seek further assistance from the Department's FOIA Public Liaison, Robert Wehausen.  The Department's FOIA Public Liaison can be reached by:

> Mail:   FOIA Public Liaison
> Office of the Secretary
> U.S. Department of Education
> 400 Maryland Ave., SW, LBJ 7W104
> Washington, DC 20202-4500
> E-mail: Robert.Wehausen@ed.gov
> Phone: 202-205-0733
> Fax:    202-401-0920

If you have any questions, or would like the original signed copy of this letter, please contact the FOIA Requester Service Center at (202) 401-8365 or via e-mail at EDFOIAManager@ed.gov.

Sincerely,


Elise Cook
Government Information Specialist