# Exhibit 4

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF THE SECRETARY

FOIA Service Center

September 23, 2022

Mr. Chris Stanley
Functional Government Initiative
6218 Georgia Avenue NW
Ste 1 - 1235
Washington, 20011-5125

**RE: 20 –DAY NOTIFICATION 22-03507-F**

Dear Chris Stanley:

This is the Department of Education's (the Department) initial determination letter to your request dated, August 25, 2022, seeking information pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552.  Your request was forwarded to the appropriate office(s) within the Department for any responsive documents they may have.

Due to the unusual circumstances that exist with your FOIA requests as defined by U.S.C. § 552(a)(6)(B)(i)(ii), the Department will not be able to respond by the 20 day statutory requirement. The scope of your FOIA requests requires the Department to conduct a vast search across multiple program offices, which we anticipate will result in a large amount of responsive records.

You can check on the status of your FOIA request at the link provided below:
https://foiaxpress.pal.ed.gov/app/CheckStatus.aspx

You have the right to seek assistance and/or dispute resolution services from the Department's FOIA Public Liaison or the Office of Government Information Services (OGIS).  The FOIA Public Liaison is responsible, among other duties, for assisting in the resolution of FOIA disputes.  OGIS, which is outside the Department of Education, offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation.

They can be contacted by:

|        |                                                                                                                                  |                                                                                                                          |
|--------|----------------------------------------------------------------------------------------------------------------------------------|--------------------------------------------------------------------------------------------------------------------------|
| Mail   | FOIA Public Liaison<br>Office of the Secretary<br>U.S. Department of Education<br>400 Maryland Ave., SW,<br>LBJ 7W104<br>Washington, DC 20202-4500 | Office of Government Information Services<br>National Archives and Records Administration<br>8601 Adelphi Road<br>College Park, MD  20740-6001 |
| E-mail | robert.wehausen@ed.gov                                                                                                           | OGIS@nara.gov                                                                                                            |
| Phone  | 202-205-0733                                                                                                                     | 202-741-5770; toll free at 1-877-684-6448                                                                                |
| Fax    | 202-401-0920                                                                                                                     | 202-741-5769                                                                                                             |

Page 2 - Chris Stanley
FOIA Request No. 22-03507-F

    Sincerely

    ED FOIA Manager
    FOIA Service Center
    U.S. Department of Education