# Exhibit 5

**From:** Chris Stanley chris@functionalgovernment.org  
**Subject:** FOIA request 22-03507-F  
**Date:** November 4, 2022 at 11:22 AM  
**To:** EDFOIAManager@ed.gov



I wanted to check on this request. Has the search begun, and can you estimate when I can expect to receive records?

Thank you for your work on this FOIA request.

Chris Stanley  
Functional Government Initiative  
chris@functionalgovernment.org

> On Sep 23, 2022, at 9:51 AM, Tyonie.Purce@ed.gov wrote:
>
> Dear Chris Stanley,
>
> Please find attached above the 20 Day Status Notification to your FOIA request.
>
> Thank you,
>
> ED FOIA Manager  
> FOIA Service Center  
> US Department of Education  
> (202) 401-8365<20 Day Notification.pdf>