# Exhibit 6



**From:** Chris Stanley chris@functionalgovernment.org
**Subject:** Re: Status Update for # 22-03507-F
**Date:** February 28, 2023 at 1:23 AM
**To:** Tyonie.Purce@ed.gov, EDFOIAManager@ed.gov

Hello. It is approaching three months since the last update on 22-03507-F. Can you let me know if it has progressed and when you expect to send a response? The ED FOIAxpress page still has only the vague update of "in process," the same update since Aug 26, 2022, the day after I submitted it.

Thank you.

Chris Stanley
Director, Functional Government Initiative
chris@functionalgovernment.org

On Nov 7, 2022, at 12:52 PM, Chris Stanley <chris@functionalgovernment.org> wrote:

Thank you for the update.

The FOIAxpress page is not really useful. It only seems to show vague terms such as "in process" that do not show the actual status of a FOIA request. So I appreciate your update.

Chris Stanley
Functional Government Initiative
chris@functionalgovernment.org

On Nov 7, 2022, at 8:25 AM, Tyonie.Purce@ed.gov wrote:

Good morning,

This e-mail is in response to your request for a status on the subject FOIA request: **REQUEST #** 22-03507-F

Status: In Process

**Conducting Search for responsive records**. The program office assigned to search for records responsive to your request is still conducting its search. Once the search for responsive records has been completed the status will be updated accordingly. Please refer to the FOIA tracking number to check the status of your FOIA request at the link provided below:

https://foiaxpress.pal.ed.gov/app/CheckStatus.aspx

We understand how important your FOIA Request is to you and want to handle it as soon as possible but we must process all FOIA request in their order of receipt. Please accept our apologies for any inconvenience.

Tyonie Purce
FOIA Service Center, FSC
U.S. Department of Education
202-453-5861