UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>       Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>       Defendant. | Civil Action No. 23-0711 (APM) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Date:   November 20, 2024                                           Respectfully submitted,

*/s/ Paul M. Bartkowski*                                            MATTHEW M. GRAVES, D.C. Bar # 481052
Paul M. Bartkowski                                                  United States Attorney
(D.C. Bar No. 482432)
BARTKOWSKI PLLC                                                     BRIAN P. HUDAK
6803 Whittier Ave., Suite 200A                                      Chief, Civil Division
McLean, VA 22101
Telephone: (571) 533-3581                                           By:       */s/ Sam Escher*
E-Mail: pbartkowski@bartkowskipllc.com                                    SAM ESCHER, D.C. Bar # 1655538
                                                                          Assistant United States Attorney
*Attorney for Plaintiff*                                                  601 D Street, NW
                                                                          Washington, DC 20530
                                                                          (202) 252-2531
                                                                          sam.escher@usdoj.gov

                                                                    *Attorneys for the United States of America*